

FILED

05/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0198

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0198

DAVID GARY BURTON,

Petitioner,

v.

STATE OF MONTANA, FIRST JUDICIAL
DISTRICT COURT, LEWIS AND CLARK
COUNTY,

Respondent.

FILED

MAY 1 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, David G. Burton has filed a Writ of Mandamus, pursuant to § 27-26-102, MCA, and has included an affidavit in support, pursuant to § 27-26-201, MCA. He requests that this Court issue such writ over the First Judicial District Court, Lewis and Clark County, because the District Court has not acted on his motions. Burton explains that he has moved the District Court twice for transcripts and most recently to compel in his underlying proceeding where he petitioned the court for postconviction relief. Section 46-21-105, MCA. He points out that nine months have elapsed and that the District Court "has not issue[d] any orders regarding the MOTIONS OR Petitioner's PCR." (Emphasis in original).

To state a claim for mandamus, a party must show entitlement to the performance of a clear legal duty by the party against whom the writ is directed and the absence of a plain, speedy, and adequate remedy at law. Section 27-26-102, MCA; *Smith v. Missoula Co.*, 1999 MT 330, ¶ 28, 297 Mont. 368, 992 P.2d 834. This type of proceeding, such as a writ of mandate, must be commenced in accordance with Montana's statutes. M. R. App. P. 14(2).

Burton has not demonstrated a clear legal duty for the District Court to act. Section 27-26-102, MCA; *Smith*, ¶ 28. No exact time frames exist for when a District Court should rule upon a petition. Pursuant to § 46-21-103, MCA, after docketing

the petition, the clerk shall "bring the petition promptly to the attention of the court." We point out that Burton commenced his proceeding in February 2021 in the District Court. Burton pursues discretionary relief and not of a legal nature.

We secured a copy of the District Court's register of actions. This docket reflects only the filing of the petition. The District Court never received Burton's motions for filing in his postconviction proceeding.

Burton's request for a writ of mandate is not appropriate here. He has not demonstrated that he is entitled to the performance of a clear legal duty in his request for resolution of his petition for postconviction relief or his unfiled motions. Section 27-26-102, MCA; *Smith*, ¶ 28. Accordingly,

IT IS ORDERED that Burton's Petition for a Writ of Mandamus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Honorable Mike Menahan, First Judicial District Court; to Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. DV-2021-125; to counsel of record; and to David G. Burton personally.

DATED this 11 day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2